IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES B. HODGE,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CIVIL ACTION NO. 10-1009<br><br>CHIEF JUDGE LANCASTER<br><br>ELECTRONICALLY FILED |

**ORDER**

AND NOW, this 13th day of January, 2011, upon consideration of the Defendant's Motion to Remand, it is hereby

**ORDERED**

that the Appeals Council will remand this case to an administrative law judge for further proceedings.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

                                                                           C.J.